UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA RAUSCH,<br><br>        Plaintiff,<br><br>    v.<br><br>FLATOUT, INC.,<br><br>        Defendant. | Case No. 22-cv-04157-VC<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 49 |

The motion for a certificate of appealability and stay of proceedings is denied.

**IT IS SO ORDERED.**

Dated: April 24, 2023

_____

VINCE CHHABRIA
United States District Judge