**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
  seth@gutridesafier.com
KALI R. BACKER (State Bar No. 342492)
  kali@gutridesafier.com
MARIE A. MCCRARY (State Bar No. 262670)
  marie@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA RAUSCH, BRIGETTE LOWE, and ARIANA SKURAUSKIS, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>FLATOUT, INC.,<br><br>                Defendant. | CASE NO. 4:22-cv-04157-VC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT REQUEST FOR DISMISSAL<br><br>Hon. Vince Chhabria |

---

-1-

Pursuant to the request of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is and remains DISMISSED WITH PREJUDICE as to all Plaintiffs' claims, causes of action, and parties, and WITHOUT PREJUDICE as to all putative class member claims, with each party bearing their own attorneys' fees and costs. The Clerk is directed to close the file.

DATED: September 26, 2023

_____
Hon. Vince Chhabria

.